**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MICHAEL TIRONI,

        Petitioner,                  Civil Case Number: 05-70702

v.                                            JUDGE PAUL D. BORMAN
                                            MAG. JUDGE PAUL J. KOMIVES
THOMAS M. BIRKETT,                  UNITED STATES DISTRICT COURT

        Respondent.
_____ /

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION IN FAVOR OF DENYING PETITIONER'S APPLICATION FOR WRIT OF HABEAS CORPUS**

        Before the Court is the Magistrate Judge's Report and Recommendation in favor of denying the instant Petition for Habeas Corpus. Having reviewed that Report and Recommendation and Petitioner's objections thereto, the Court enters as its findings and conclusions the Report and Recommendation denying the Petition for Habeas Corpus

        **SO ORDERED.**

                                                    s/Paul D. Borman
                                                    PAUL D. BORMAN
                                                    UNITED STATES DISTRICT JUDGE

Dated: March 15, 2006

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on March 15, 2006.

                                                    s/Jonie Parker
                                                    Case Manager